UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY TODD KNUDSON,

    Plaintiff,                                 No. 14-14854

v.                                          District Judge George Caram Steeh
                                              Magistrate Judge R. Steven Whalen

AMERICAN STEAMSHIP COMPANY,
ET AL.,

    Defendants.
_____/

## ORDER

For the reasons and under the terms stated on the record on July 10, 2018, Defendants' Motion for an Order Directing Plaintiff to Appear for a Mental Examination [Doc. #123] is GRANTED.

Plaintiff Jeffrey Todd Knudson will appear for an independent medical examination by Dr. Eduardo Montoya, on a date and time to be mutually agreed upon by the parties.

Plaintiff is not entitled to any further advance disclosure of the specific tests that Dr. Montoya intends to employ during the examination. No persons other than Mr. Knudson, Dr. Montoya, and Dr. Montoya's staff may be present in the examination room during testing, and the examination will not be recorded. Following the completion of testing, Plaintiff is entitled to receive Dr. Montoya's report and conclusions, as well as Dr. Montoya's raw test data and any other factual information that he relies on in forming his conclusions.

IT IS SO ORDERED.

Dated: July 17, 2018        s/R. Steven Whalen
                            R. STEVEN WHALEN
                            UNITED STATES MAGISTRATE JUDGE

---

### CERTIFICATE OF SERVICE

I hereby certify on July 17, 2018 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on July 17, 2018.

                            s/Carolyn M. Ciesla
                            Case Manager for the
                            Honorable R. Steven Whalen